# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA M. NISPURUK,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 3:10-cv-05701-KLS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the ALJ properly concluded plaintiff was not disabled, and therefore hereby affirms defendant's decision
    …

Dated this 1st day of December, 2011

                                              William M. McCool
                                              Clerk

                                              s/Traci Whiteley
                                              Deputy Clerk